March 14, 2017

Francis P. Morrissey
Burke Wise Morrissey Kaveny
161 North Clark Street, Suite 3250
Chicago, Illinois 60601

     *Re:   **Alma Manzanares***

Dear Mr. Morrissey:

     At your request, I have reviewed the medical records pertaining to the birth of Alma Manzanares Espinoza. The records I have reviewed are as follows:

### Sherman Hospital
–     Delivery Records/FHTs (06/17-06/18/15)
–     Newborn Records (06/17-06/18/15)
–     NSTS (x7)

### Greater Elgin Family Care Center
–     Prenatal Record

     As you know, I am a physician licensed to practice medicine in all of its branches. I specialize in the field of Pediatrics, with a sub-certification in Neonatal-Perinatal Medicine. As a result, I am familiar with the standard of care as it relates to Pediatrics, Neonatal-Perinatal Medicine, and Neonatal nursing. This familiarity comes from working for thirty years with advanced nurse practitioners and neonatal nurses in the NICU. On a daily basis I am called on to interact with neonatal nurses as well as to lead resuscitative teams comprised of multiple health care specialists, including nurses.

     Based upon my review of the records, Alma Manzanares was a gestational diabetic who was managed by nurse midwives while in labor at Sherman Hospital. She was admitted on June 17, 2015 at 3:29 a.m. The Electronic Fetal Monitor (EFM) tracing showed a reassuring tracing upon admission, which is indicative of fetal well-being. Ms. Manzanares progressed slowly through labor; upon admission she was 3 centimeters dilated. Sixteen hours later at 7:47 p.m., she was 10 centimeters dilated and ready to push her baby out, however, she had never been seen or assessed by a physician or nurse midwife since admission.

Diane Smith, CNM, of Greater Elgin Family Care Center, arrived at 8:09 p.m.; Ms. Manzanares began pushing two minutes later. Descent with pushing was documented at 8:19 p.m. and 8:25 p.m. At 8:39 p.m., the fetal tracing was lost until delivery twenty-one minutes later.

Baby Alma's head was delivered at 8:47 p.m. or 8:48 p.m., but her shoulders became lodged in her mother's pelvis; this is also known as a shoulder dystocia. Diane Smith, CNM, was unable to deliver the baby. Dr. Miller arrived at 8:52 p.m., but was unable to deliver the baby. Margie Lenox, Neonatal Nurse Practitioner (*NNP)* arrived at 8:55 p.m.. Dr. Estes arrived at 9:00 p.m. and was able to successfully deliver Baby Alma at 9:01 p.m., twenty-one minutes after the loss of tracing.

Baby Alma was born with Apgar scores of 0/0/0/0/1/1 at 1, 5, 10, 15, 20, and 30 minutes of age. These scores are consistent with the diagnosis of asphyxia. Baby Alma's arterial Ph was 7.067 with a base excess of -6.7; her venous Ph was 7.25 with a base excess of -6.6. These base deficit results are not associated with an impaired outcome.

Margie Lenox, Neonatal Nurse Practitioner (*NNP)* was unable to intubate Baby Alma at birth. Dr. Pereira, pediatric hospitalist, intubated Baby Alma at seven minutes of life. Epinephrine was then given down the endotracheal tube twice without a change in her condition.

An umbilical venous catheter *(UVC)* was inserted at twelve minutes of life. Additional doses of Epinephrine were given via the UVC. At 20 minutes of age, Baby Alma had a heart rate of 120 bpm, which is the normal rate for a term newborn. She was also noted to have pale pink color at this time, which was improved from her pale color at birth. No further vital signs were noted by the staff until over an hour later. The documented Apgar score at twenty minutes of life was not properly documented.

Life support was discontinued at 9:37 p.m., sixteen minutes after obtaining a normal heart rate and assessment of pale pink skin color. Ms. Manzanares was given her baby to hold while Baby Alma was expected to die. Ms. Manzanares did not want the resuscitation team to stop providing care. She in fact called 911, desperate for help for her baby girl, but was told that since she was in the hospital already, they could not respond to the call.

The nursery staff returned to give care at 10:29 p.m. Baby Alma's heart rate was 139 bpm, again a normal heart rate for a newborn. She was ultimately transferred to Lutheran General Hospital for higher level of care.

It is my opinion, based upon a reasonable degree of medical certainty in the field of pediatrics and neonatal medicine, that there is a reasonable and meritorious basis for bringing a cause of action against Dr. Tatiana Periera Dacunha and Dr. Ashok K. Mehta. It is my opinion, based upon a reasonable degree of medical certainty in the field of nursing, that there is a reasonable and meritorious basis for bringing a cause of action against Margie Lenox, NNP. Finally, it is my opinion that Dr. Tatiana Periera Dacunha, Dr. Ashok K. Mehta and Margie Lenox, NNP deviated from the standard of care required of them in the following respects:

1. Failed to timely and properly resuscitate Baby Alma and to document resuscitative efforts and results;

2. Failed to obtain follow-up blood gases in a previously non-acidotic baby after normalization of Baby Alma's heart rate with extensive resuscitative efforts; and,

3. Improperly stopped all resuscitative measures and extubated Baby Alma despite improving signs of bilateral breath sounds, blood pressure and heart rate without documentation of progressive acidosis or parental consent.

It is my opinion based upon a reasonable degree of medical certainty that one or more of the foregoing acts or omissions caused or contributed to cause the injuries sustained by Alma Manzanares Espinoza.